# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JANICE STEARNS, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    No. 17-cv-02407-SHL-cgc <br> ) |
| FORD MOTOR COMPANY, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Charmaine G. Claxton's Report and Recommendation ("Report") (ECF No. 20), filed November 8, 2017, recommending dismissal of Plaintiff's Complaint for failure to prosecute.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for involuntary dismissal of an action for failure to prosecute. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was November 22, 2017, and Plaintiff filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report. Plaintiff's claim against Defendant is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED,** this 5th day of December, 2017.

                                                      s/ Sheryl H. Lipman
                                                     SHERYL H. LIPMAN
                                                     UNITED STATES DISTRICT JUDGE